**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
DORIAN K. HOLLIDAY,

Plaintiff,

-against-

26 **CIVIL** 5570 (KMW)

**JUDGMENT**

LEGAL AID SOCIETY OF WHITE PLAINS;
JOHN DOE ATTORNEY; PATTY, ATTORNEY,

Defendants.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 8, 2026, Plaintiff's federal claims are dismissed, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and the Court has declined to exercise supplemental jurisdiction over his state law claims, 28 U.S.C. § 1367(c)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

October 9, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**